## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Teamsters Local Union No. 727 Health and Welfare Fund, et al.

                             Plaintiff,

v.                                             Case No.: 1:07−cv−06949

                                             Honorable Blanche M. Manning

Affiliated Mortuary Services, Ltd.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

    MINUTE entry before Judge Blanche M. Manning :Prove up hearing held on 2/7/2008. Prove up hearing set for 3/20/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.