AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,

          Plaintiffs,

    v.

AFFILIATED MORTUARY SERVICES,
LTD., an Illinois Corp.,

          Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07 C 6949**

ASSIGNED JUDGE: **JUDGE MANNING**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

AFFILIATED MORTUARY SERVICES, LTD., an Illinois Corp.
c/o:  Richard H. Hanson, Registered Agent
      2424 Greenfield Drive
      Glenview, IL 60025

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      ROBERT B. GREENBERG, ESQ.
      ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
      200 West Jackson Boulevard
      Suite 1900
      Chicago, Illinois 60606
      (312) 263-1500

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.






EXHIBIT B

ClientCaseID:  
Law Firm ID:    ASHER



CaseReturnDate: 1/2/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **07C6949**

I, BARNETT S. KOLTON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT  
ON THE WITHIN NAMED DEFENDANT  AFFILIATED MORTUARY SERVICES  
PERSON SERVED  RICHARD H HANSON (REGISTERED AGENT)  
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 12/17/07

That the sex, race and approximate age of the person whom I left the  SUMMONS AND COMPLAINT
are as follow:

Sex MALE    Race WHITE    Age 45  
Height 6'1"    Build MEDIUM    Hair BROWN

LOCATION OF SERVICE    2424 GREENFIELD DRIVE  
GLENVIEW, IL, 60025

Date Of Service  12/17/07    Time of Service  6:35 PM

*Barnett S. Kolton*  
BARNETT S. KOLTON    12/18/2007  
**Special Process Server**  
P.E.R.C.#129-170762

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*Barnett S. Kolton*