IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | No.    07 C 6949 |
| AFFILIATED MORTUARY SERVICES, LTD., an Illinois Corp., | ) ) ) | Judge Manning |
| | ) | Mag. Judge Valdez |
| Defendant. | ) | |

**A F F I D A V I T**

WILLIAM COLI, on oath and duly sworn, states:

1.     Affiant is the Administrator for TEAMSTERS LOCAL UNION NO. 727, HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND.

2.     Based upon an examination of Defendant's reports and records performed under my direction and control, Affiant finds the Defendant, AFFILIATED MORTUARY SERVICES, LTD., an Illinois Corp., to be delinquent in its contributions to the Plaintiff Funds for the period March 1, 2003, through December 31, 2005, in the amount of $100,856.44.

_____
WILLIAM COLI

Subscribed and Sworn to before me

this _29th_ day of _April_ , 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
DENISE L. UPTON
Notary Public, State of Illinois
My Commission Expires 07/11/11