IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> AFFILIATED MORTUARY SERVICES, LTD., an Illinois Corp., <br><br> Defendant. | No. 07 C 6949 <br><br> Judge Manning <br><br> Mag. Judge Valdez |

AFFIDAVIT

ROBERT B. GREENBERG, attorney for Plaintiffs, TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, on oath and duly sworn, states:

1. That I am an attorney licensed to practice in the State of Illinois for 44 years and a member of the Federal Bar.

2. That I represent the Plaintiffs, TEAMSTERS LOCAL UNIO NO. 727 HEALTH AND WELFARE FUND, et al., and my billing rate to Plaintiff Fund is $195.00 per hour.

3. That I have billed my clients a total of $1,267.50 for legal services in the matter of AFFILIATED MORTUARY SERVICES, LTD., an Illinois Corp.

_____
ROBERT B. GREENBERG

Subscribed and Sworn to before me
this 30th day of April, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JOEL A D'ALBA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/07/11