THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 ) <br> HEALTH AND WELFARE FUND, ) <br> TEAMSTERS LOCAL UNION NO. 727 ) <br> PENSION FUND and TEAMSTERS ) <br> LOCAL UNION NO. 727 LEGAL AND ) <br> EDUCATIONAL ASSISTANCE FUND, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> AFFILIATED MORTUARY SERVICES, ) <br> LTD., an Illinois Corp., ) <br> ) <br> Defendant. ) | No.   07 C 6949 <br><br> Judge Manning <br><br> Mag. Judge Valdez |

NOTICE OF MOTION

TO:   RICHARD HANSON, REG. AGENT
      **Affiliated Mortuary Services**
      **2424 Greenfield Drive**
      **Glenview, IL 60025**

**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Manning, in Room 2125, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 13th day of May 2008, at 11:00 A.M. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

## CERTIFICATE OF SERVICE

     ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

**RICHARD HANSON, REG. AGENT**
**Affiliated Mortuary Services**
**2424 Greenfield Drive**
**Glenview, IL 60025**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 5th day of May, 2008.

     Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558