UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Teamsters Local Union No. 727 Health and Welfare Fund, et al.

          Plaintiff,

v.

Affiliated Mortuary Services, Ltd.

          Defendant.

Case No.: 1:07−cv−06949

Honorable Blanche M. Manning

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: Prove up hearing held on 5/13/2008. Motion hearing held on 5/13/2008. Plaintiffs' motion for default judgment [9] is taken under advisement. Ruling by mail. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.