# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6949 | **DATE** | 6/13/2008 |
| **CASE TITLE** | Teamsters Local Union No. 727 Health and Welfare Fund, et al. Vs. Affiliated Mortuary Services | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for default judgment [9] is granted. Judgment is entered in favor of plaintiffs and against defendant in the amount of $102,528.94. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|