IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND,** ) ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) ) | No.   07 C 6949 |
| **AFFILIATED MORTUARY SERVICES, LTD., an Illinois Corp.,** ) ) ) | Judge Manning |
| ) | Mag. Judge Valdez |
| Defendant. ) | |

## ORDER

This cause coming on to be heard upon motion of the Plaintiffs for entry of default order, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

1. That Defendant, AFFILIATED MORTUARY SERVICES, LTD., an Illinois Corp., having failed to appear and plead or otherwise defend in this action is adjudged to be in default and judgment is hereby entered herein.

2. The Complaint filed by the Plaintiffs against the Defendant is hereby taken as confessed.

3. That judgment in the amount of ONE HUNDRED AND TWO THOUSAND FIVE HUNDRED TWENTY EIGHT AND 94/100 DOLLARS ($102,528.94) which amount includes Court costs in the amount of FOUR HUNDRED FIVE AND 00/100 DOLLARS

($405.00) and attorney's fees in the amount of ONE THOUSAND TWO HUNDRED SIXTY SEVEN AND 50/100 DOLLARS ($1,267.50) is entered against AFFILIATED MORTUARY SERVICES, LTD., an Illinois Corp., and in favor of TEAMSTERS LOCAL UNION NO. 727, HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND.

4. The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

5. For such other and further relief as the Court may deem just and proper, including reasonable attorney's fees and court costs which are sustained.

ENTER:

DATED: 6/13/2008

*Blanche M. Manning*
U.S. District Court Judge

Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558