## United States District Court for the Northern District of Illinois

Case Number: `07CV6949`   Assigned/Issued By: `DAJ`

Judge Name: `MANNING`   Designated Magistrate Judge: `VALDEZ`

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☑ Citation to Discover Assets   _____
(Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

`1` Original and `1` copies on `07/15/08` as to `MICHAEL BECKER`
(Date)
`PRESIDENT OF AFFILIATED MORTUARY. (NO NOTICE)`

---

C:\wpwin80\docket\feeinfo.frm   03/14/05