## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 07CV6949  Assigned/Issued By: J. N.

Judge Name:  Designated Magistrate Judge:

### FEE INFORMATION

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00

☐ IFP  ☐ No Fee  ☐ Other _____

☐ $455.00

Number of Service Copies _____  Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

### ISSUANCES

☐ Summons  ☐ Alias Summons

☐ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____
_____
(Victim, Against and $ Amount)

☑ Citation to Discover Assets  ☐ Other

☐ Writ _____
(Type of Writ)

_____
_____
(Type of issuance)

1 Original and 1 copies on 8-18-08 as to MICHAEL BECKER
(Date)

(NO NOTICE FILED) _____

_____